**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 08-7668**

———————————

VERDRE TYRONE TURNER,

          Plaintiff - Appellant,

    v.

ALLMON, Sargent, individual and official capacity; KIRKLAND, Nurse, individual and official capacity; UPSHAW, Nurse, individual and official capacity; ANDERSON, Nurse, individual and official capacity,

          Defendants – Appellees.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Liam O'Grady, District Judge. (1:08-cv-00484-LO-TRJ)

———————————

Submitted: January 30, 2009      Decided: February 13, 2009

———————————

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Verdre Tyrone Turner, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Verdre Tyrone Turner appeals the district court's orders denying relief without prejudice on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Turner v. Allmon</u>, No. 1:08-cv-00484-LO-TRJ (E.D. Va. July 7, 2008; filed Aug. 4, 2008 & entered Aug. 6, 2008). We deny Turner's motions to appoint counsel, for oral argument, and for a polygraph test. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>